IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **CAITLYN ROSE EICHMANN,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CIVIL ACTION NO. 4:24-cv-04842 | |
| § | | |
| § | | |
| **THE UNIVERSITY OF HOUSTON** § | | |
| **SYSTEM, et al.,** § | | |
| *Defendants.* § | | |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Before the Court is Defendant's Unopposed Motion to Withdraw and Substitute Counsel (the "Motion"). ECF 37. Upon consideration of the Motion, the Court is of the opinion that it is meritorious and should be granted.

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Withdraw and Substitute Counsel is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Kirstin M. Erickson be withdrawn as counsel for Defendant in this cause, and that Kelsey L. Warren be substituted as lead counsel on behalf of Defendant.

IT IS SO ORDERED.

SIGNED at Houston, Texas on this the 7th of January, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE