United States District Court
Southern District of Texas
**ENTERED**
February 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CAITLYN ROSE EICHMANN, § | |
| § | |
| Plaintiff, § | |
| vs. § | CIVIL ACTION NO. 4:24-cv-04842 |
| § | |
| THE UNIVERSITY OF HOUSTON SYSTEM, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

### JOINT PROPOSED SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: 3-4 Days                         Jury: ✓   Non-Jury: ___

1. (a) **NEW PARTIES** shall be joined by:                                           August 1, 2025
      The Attorney causing the addition of new parties will
      provide copies of this Order to new parties.
   (b) **AMENDMENT TO PLEADINGS** by Plaintiff or
      Counter-Plaintiff shall be filed by:                                              August 1, 2025

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                                                              October 1, 2025

3. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it.  DUE DATE:                                                             November 3, 2025

4. DISCOVERY must be completed by:                                                    February 2, 2026
   Written discovery requests are not timely if they are filed      (Due at least two weeks before
   so close to this deadline that the recipient would not be        motions deadline)
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS                                            March 2, 2026
   (except motions *in limine*) will be filed by:                                     (Due 90 days prior to Trial)

| | | |
|---|---|---|
| 6. | JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* (The Court will fill in this date) | June 1, 2026 (Due the Monday before trial) |
| 7. | TRIAL will begin at 9:00 a.m. (The Court sets a firm trial date) | September 1, 2026 (15 Months from the date case filed) |

Date 02/07/2025

*[signature]*
Hon. Keith P. Ellison
United States District Judge

February 6, 2025
Date

/s/ Mark Aronowitz
Counsel for Plaintiff(s)

February 6, 2025
Date

/s/ Kelsey L. Warren
Counsel for Defendant
University of Houston

February 6, 2025
Date

/s/ Jimmy Ardoin
Counsel for Defendant Harker