

**ALI THORBURN**  
Assistant Attorney General  
General Litigation Division

Phone: (737) 330-4404  
Fax: (512) 320-0667  
Email: ali.thoburn@oag.texas.gov

July 3, 2025

*Via e-File:*

Honorable Arturo Rivera  
United States District Court  
515 Rusk Avenue  
3rd Floor, Room 3716  
Houston, TX 77002

Re:   Cause No. 4:24-cv-04842, *Caitlyn Rose Eichmann v. The University of Houston System, et al.*; In the United States District Court, Southern District of Texas, Houston Division.

Dear Mr. Arturo Rivera,

Please allow this letter to serve as notice that I will be on vacation beginning August 2, 2025, through August 8, 2025. I will be out of the state and will have limited access to the Attorney General's network. As such, I respectfully ask the Court not set any hearings or other deadlines in the above-referenced cause during this time period.

By copy of this letter, counsel of record are being reminded of my absence and unavailability, which I previously brought to their attention via email. Should you need to contact me during this time, please call my legal assistant, Ariana Ines, at (512) 475-1969. Thank you for your attention and assistance.

Sincerely,

*Ali Thorburn*

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ Ali Thorburn
ALI THORBURN
Texas Bar No. 24125064
Southern District of Texas Bar No. 3874024
Assistant Attorney General
General Litigation Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 330-4404 | FAX: (512) 320-0667
ali.thorburn@oag.texas.gov
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on June 3, 2025, this document was filed electronically via the Court's electronic filing system, causing electronic service upon all counsel of record.

/s/Ali Thorburn
ALI THORBURN
Assistant Attorney General